## 32982. OSBORNE v. OSBORNE.

PER CURIAM.

The trial court did not abuse its discretion in denying the motion for a continuance due to appellant's alleged illness. Code Ann. §§ 81-1412, 81-1419; *Williford v. Williford,* 230 Ga. 543 (198 SE2d 181) (1973).

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 17, 1977 — DECIDED DECEMBER 5, 1977.

*Elkins & Flournoy, James A. Elkins, Jr.,* for appellant.

*Keil & Davis, B. Seth Harp,* for appellee.